UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUN 17 2025
U.S. DISTRICT COURT
ELKINS WV 26241

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 2:25-CR-17 |
| SHAWN GALIN WHITLEY, JR., and RAMON JUAN SIMS, JR., | Violations: 21 U.S.C. § 841(a)(1) <br> 21 U.S.C. § 841(b)(1)(C) <br> 21 U.S.C. § 846 <br> 21 U.S.C. § 856(a)(2) |
| Defendants. | |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Conspiracy to Distribute Fentanyl)

From on or about September 1, 2024, to September 2, 2024, in Lewis County, in the Northern District of West Virginia, and elsewhere, defendants **SHAWN GALIN WHITLEY, JR.,** and **RAMON JUAN SIMS, JR.,** did knowingly, intentionally, and unlawfully combine, conspire, confederate, agree and have a tacit understanding to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to distribute and possess with intent to distribute fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT TWO

(Possession with Intent to Distribute Fentanyl)

On or about September 2, 2024, in Lewis County, in the Northern District of West Virginia, defendant **SHAWN GALIN WHITLEY, JR.,** did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

Pursuant to Title 21, United States Code, Sections 841(a) and 853 the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense.

A true bill,

\_/s/_____
Foreperson

\_/s/_____
RANDOLPH J. BERNARD
Acting United States Attorney

Stephen Warner
Assistant United States Attorney